PROB 12A

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Rogelio Thompson                              Cr.: 09-918-001
                                                                PACTS #: 56662

Name of Sentencing Judicial Officer: The Honorable Susan D. Wigenton, United States District Judge

Date of Original Sentence: 07/23/10

Original Offense: Extortion

Original Sentence: Probation for a term of 4 years with conditions including 10 months location monitoring.

Type of Supervision: Probation                    Date Supervision Commenced: 07/23/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

Violation Number     Nature of Noncompliance

1.                   Thompson has not strictly complied with the location monitoring condition in
                     that he has incurred out of range incidents on the following dates: August 11,
                     August 20, and November 16, 2010.

U.S. Probation Officer Action:
The U.S. Probation Officer (MD/FL) supervising this matter has addressed this noncompliance conduct. Thompson received an official reprimand, and he has been sanctioned with the loss of 8 hours earned leave. The officer recommends no further Court action at this time.

                                              Respectfully submitted,

                                              By:  Thomas Stone
                                                   Senior U.S. Probation Officer
                                              Date: 11/29/10

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                                              Signature of Judicial Officer
                                              11/30/2010
                                              Date